JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALONDA RENEE CASTANEDA,<br>    Plaintiff,<br>v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>    Defendant. | No. 2:22-cv-08634-SPG-BFM<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: April 11, 2024

_____
Hon. Sherilyn Peace Garnett
United States District Judge