# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALONDA RENEE CASTANEDA,<br><br>               Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>               Defendant. | Case No. 2:22-cv-08634-SPG-BFM<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br>**[ECF NO. 29]** |

Based upon the parties' Stipulation for the Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), (ECF No. 29 ("Stipulation")), it is hereby ORDERED that attorney fees under EAJA, in the amount of nine thousand dollars ($9,000.00), are awarded to Plaintiff, subject to the terms of the Stipulation.

**IT IS SO ORDERED.**

DATED: January 10, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE